## STATEMENT OF FACTS

On May 4, 2023 at approximately 11:30 a.m. Deputy U.S. Marshals (DUSM) and Metropolitan Police Department (MPD) Detectives were conducting surveillance at the intersection of Pennsylvania Avenue, S.E. and Minnesota Avenue, S.E. Washington, D.C. in an attempt to locate Andre Jamar Turman (DOB 12/10/1990) (hereinafter "the defendant") due to numerous outstanding warrants. The defendant had a failure to appear warrant from D.C. Superior Court that was issued on February 16, 2022, an arrest warrant from D.C. Superior Court that was issued on September 28, 2022, and four failure to appear warrants from D.C. Superior Court were issued on November 3, 2022.

At approximately 11:30 a.m., DUSMs observed and positively identified the defendant as he was walking westbound on the 2400 block of Pennsylvania Avenue, S.E. near Twining Square Park. MPD Detectives Ryan Devlin and Alexander MacBean stepped out of their vehicle and made contact with the defendant and advised him of his active outstanding warrants and that he would be arrested. DUSMs Samuel Lee and Michael Gray who were wearing United States Marshals Service (USMS) issued external vests with clearly visible, "POLICE" and "U.S. Marshal" insignia approached and assisted with the arrest by placing the defendant in handcuffs.

Once the defendant was placed under arrest, DUSMs conduced a search incident to arrest of the defendant. During the search, DUSM Gray patted down the right front pants pocket area of the defendant and immediately recognized the shape of a firearm. DUSM Lee had to pull down the outermost layer of pants in order for the DUSMs to observe the firearm. The defendant was wearing a pair of jeans as an outer layer and black pants as a second layer. DUSM Gray recovered the firearm from the right front pocket of the defendant's black pants that were beneath the jeans.

The recovered firearm was a Haskell Model JS-45 CAL (by Haskell MFG, in Lima Ohio) bearing serial number 0005705. The firearm contained one round of .45 caliber ammunition loaded in the chamber. Furthermore, the firearm contained a magazine with five rounds of .45 caliber ammunition with a total capacity of seven rounds. The firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, has a barrel length of less than 12 inches and is capable of being fired by use of a single hand. There are no firearms or ammunition distributors in the District of Columbia, therefore the firearm and ammunition must have traveled in interstate commerce. The MPD Corporate Support Bureau confirmed that the firearm was not registered in Washington, DC and the defendant was not licensed to carry a firearm.

The recovered firearm was transferred from DUSM Gray to Supervisory DUSM Lance Eastwood, then to DUSM Lee who secured the firearm, magazine, and ammunition in his USMS vehicle and departed the scene. Shortly thereafter, the firearm was transferred from DUSM Lee to Supervisory DUSM Gregory Conner and then to MPD Officer Tipps of MPD's Gun Recovery Unit for additional processing and storage.

A records check revealed that the recovered firearm was not registered in the District of Columbia or stolen. A review of the defendant's criminal history revealed that the defendant was sentenced to 16 months of incarceration in D.C. Superior Court in 2013 CF2 012819 for Carrying

a Pistol Without A License.  Therefore, at the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of a term exceeding one year and had knowledge of that fact.

As such, your affiant submits that probable cause exists to charge Andre Jamar TURMAN with violations of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

*Samuel Lee*   05/05/2023

DEPUTY UNITED STATES MARSHAL
SAMUEL LEE
UNITED STATES MARSHALS SERVICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of May, 2023.*

G. MICHAEL HARVEY

U.S. MAGISTRATE JUDGE